UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
16 FEB -9 PM 2: 20
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff,* | ) |
| v. | ) Cause No. 1:16-cr- 1:16-cr-0033 SEB-DML |
| JOHN FOSTER | ) |
| *Defendant.* | ) |

INDICTMENT

The Grand Jury charges that:

COUNT ONE
(Felon in Possession of a Firearm)
18 U.S.C. § 922(g)(1)

On or about October 5, 2015, within the Southern District of Indiana, Indianapolis Division, and elsewhere within the jurisdiction of the Court, the defendant,

JOHN FOSTER,

having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

> Dealing in Cocaine or Narcotic Drug as a Class A Felony, Cause No. 49G20-0509-FA-156465, in Marion County Superior Court, Indiana, on or about April 6, 2006;
>
> Burglary as a Class B Felony, Cause No. 49G02-8803-CF-30903, in Marion County Superior Court, Indiana, on or about July 7, 1988;
>
> Robbery as a Class C Felony, Cause No. CR86-101A, in Marion County Superior Court, Indiana, on or about September 4, 1986;

did knowingly possess in and affecting commerce any firearm, to wit: Lorcin Model L380 semiautomatic handgun with serial number 504532.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

COUNT TWO
(Unlawful Possession of a Firearm in a School Zone)
18 U.S.C. § 922(q)(2)

On or about October 5, 2015, within the Southern District of Indiana, Indianapolis Division, and elsewhere within the jurisdiction of the Court, the defendant,

JOHN FOSTER,

did knowingly possess in and affecting commerce any firearm, to wit: Lorcin Model L380 semiautomatic handgun with serial number 504532, in a place that he knew or had reasonable cause to believe is a school zone.

In violation of Title 18, United States Code, Sections 922(q)(2) and 924(a)(4).

FORFEITURE ALLEGATION

1. The allegations in Counts One and Two of this Indictment are realleged as if fully set forth here, for the purpose of giving the defendant notice that the United States intends to seek forfeiture of various property pursuant to Title 18, United States Code, Sections 924 and 2253, and Title 28, United States Code, Section 2461.

2. If convicted of the offense set forth in Count One and/or Count Two of the Indictment, JOHN FOSTER, defendant herein, shall forfeit to the United States the defendant's interest in property seized by law enforcement on or about October 5, 2015, including but not limited to:

a) Lorcin Model L380 semiautomatic handgun with serial number 504532.

A TRUE BILL:

███████████████

_____
FOREPERSON

JOSH J. MINKLER
UNITED STATES ATTORNEY

by: _____
Robert M. Yoke
Special Assistant United States Attorney